Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin
_____ Division

Case No. __19 CV 758 BBC__
(to be filled in by the Clerk's Office)

CALVIN JACKSON

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ROEHL TRANSPORT INC. & ROEHL RDTC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CALVIN JACKSON |
| Street Address | 807 DEVANE RD. |
| City and County | QUITMAN BROOKS COUNTY |
| State and Zip Code | GEORGIA 31643 |
| Telephone Number | 3177771178 |
| E-mail Address | Calvinjcksn3@gmail.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | ROEHL TRANSPORT INC. |
| Job or Title *(if known)* | |
| Street Address | 1916 E.29TH ST |
| City and County | MARSHFEILD WOOD COUNTY |
| State and Zip Code | WISCONSIN 54449 |
| Telephone Number | 7155913795 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | ROEHL RDTC |
| Job or Title *(if known)* | |
| Street Address | 1916 E. 29TH ST. |
| City and County | MARSHFEILD WOOD COUNTY |
| State and Zip Code | WI. 54449 |
| Telephone Number | 7155913795 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Roehl Transport Inc.&Roehl RDTC , is incorporated under the laws of the State of *(name)* Wisconsin , and has its principal place of business in the State of *(name)* WISCONSIN .
Or is incorporated under the laws of *(foreign nation)* N/A ,
and has its principal place of business in *(name)* WISCONSIN .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

ROEHL TRANSPORT INC. owes plaintiffs 75,000 for Non payment of wages in September of 2013 and guarenteed plaintiff will make 60k within first year plus benefits bonus and pay increaswe each year, 401k and matched pay, mileage, Vacation time

Roehl RDTC owes Plaintiff $3,000 for non Payment while trained , non payment of mileage,hotel stay

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.Defendants' Roehl Transport Inc. ,Roehl RdTc improperly represented the Complainant giving out Complainants Personal identity for gain identity theft 943.201.

2. bnoth Defendants' Roehl Transport Inc.Falsifying Documents in complainants name violating 8 USC §1324c .

3. Both Defendants' Roehl Transport Inc. and Roehl Rdtc stole Plaintiffs Identity forging Federal Dot Medical Cards in Complainants Name altering and prescribing False Medical Cards violating 18 U.S.C. § 1028A .

4. Roehl Transport and Roehl Rdtc violated (5 U.S.C. 552a) Wrongful Conversion, illegally distribution, selling and publication illegal trade of Plaintiffs personal informationPractices.
5.Libel /Slander Defendants' lied intentionally made false Statements about Plaintiff including printing or having someone else print or publish false statements about Complainant.

6. Respondents' improperly transferred the signatures of Complainants onto Documents .

7. This conduct, if proven, constitutes conversion pursuant to s.180.1161 illegally distributing Plaintiffs' Social Security number and Addresses violating 100.18
8.Deception (15 USC §45) Obtain Plaintiffs Personal Information with the Intent to Deceive and Mislead Plaintiff. If proven it entitling the Plaintiffs to treble damages and attorney fees. Pursuant to S. 133.18

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff ask that the Court award $15,000,000 Punative Damages as well as Compensatory Damages for Money Plaintiff lost as a result ,including Damages to Complaiants' Reputation ,Identity, lost of enjoyment not Being able to operate in the only Profession in which Plaintiff was trained for.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/10/2019

Signature of Plaintiff *[signed] Calvin Jackson*
Printed Name of Plaintiff CALVIN JACKSON

### B. For Attorneys

Date of signing: N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address